# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: LUDWIKOWSKI, JOSEPH § Case No. 11-84780
     LUDWIKOWSKI, KATHLEEN L § 
 §
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on November 01, 2011. The undersigned trustee was appointed on January 04, 2012.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of      $ 64,694.05

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 2,126.06 |
| Bank service fees | 1,495.89 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 61,072.10 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 03/15/2012 and the deadline for filing governmental claims was 03/15/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,484.70. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,484.70, for a total compensation of $6,484.70.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/20/2013     By: /s/STEPHEN G. BALSLEY
                         Trustee, Bar No.: 1048412

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# FORM 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84780  
**Case Name:** LUDWIKOWSKI, JOSEPH  
                 LUDWIKOWSKI, KATHLEEN L  
**Period Ending:** 04/20/13

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 11/01/11 (f)  
**§341(a) Meeting Date:** 12/08/11  
**Claims Bar Date:** 03/15/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Husband's residence located at 8513 S. Hill Road | 140,000.00 | 0.00 | | 0.00 | FA |
| 2 | Wife's residence located at N5427 County Road Y, | 90,000.00 | 0.00 | | 0.00 | FA |
| 3 | Commercial building located at 706 North Taylor, | 150,000.00 | 0.00 | | 0.00 | FA |
| 4 | commercial building location at 105 S. Taylor St<br>  See Order to Abandon Property entered April 1, 2013. | 82,454.00 | 5,000.00 | OA | 0.00 | FA |
| 5 | Debtor's cash on hand | 40.00 | 0.00 | | 0.00 | FA |
| 6 | Joint debtor's cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 7 | Debtor's checking account at Castle Bank #xxxx35 | 20.00 | 0.00 | | 0.00 | FA |
| 8 | Joint Debtor's checking account at Castle Bank - | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | Joint Debtor's savings account at Castle Bank #x | 230.00 | 0.00 | | 0.00 | FA |
| 10 | Joint Debtor's checking account at National Exch | 150.00 | 0.00 | | 0.00 | FA |
| 11 | Debtor's savings account at Castle Bank -883 (wi | 20.00 | 0.00 | | 0.00 | FA |
| 12 | Debtor's individual checking account at Castle B | 5.00 | 0.00 | | 0.00 | FA |
| 13 | Joint Debtor's savings account held at National | 45.00 | 0.00 | | 0.00 | FA |
| 14 | K.C.A.S. bank account at Castle Bank xx958<br>  Corporate asset; not asset of estate. | 10,000.00 | 0.00 | | 0.00 | FA |
| 15 | Debtor's normal complement of household goods an | 1,000.00 | 0.00 | | 0.00 | FA |
| 16 | Joint Debtor's normal complement of household go | 1,100.00 | 0.00 | | 0.00 | FA |
| 17 | Joint Debtor's misc wearing apparel | 250.00 | 0.00 | | 0.00 | FA |
| 18 | Debtor's wearing apparel | 250.00 | 0.00 | | 0.00 | FA |
| 19 | Joint Debtor's interest in Washington National I | Unknown | 0.00 | | 0.00 | FA |
| 20 | Debtor's interest in AXA | 5.00 | 0.00 | | 0.00 | FA |
| 21 | Joint Debtor's interest in IRA | Unknown | 0.00 | | 0.00 | FA |
| 22 | Debtor's interest in IRA | Unknown | 0.00 | | 0.00 | FA |
| 23 | Debtor's interest in rollover IRA account | Unknown | 0.00 | | 0.00 | FA |
| 24 | Comcast stock shares, account # xxxx-00875 ; val | 355.50 | 0.00 | | 0.00 | FA |
| 25 | 100% of KCAS | 1.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84780  
**Case Name:** LUDWIKOWSKI, JOSEPH  
LUDWIKOWSKI, KATHLEEN L  
**Period Ending:** 04/20/13  

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 11/01/11 (f)  
**§341(a) Meeting Date:** 12/08/11  
**Claims Bar Date:** 03/15/12  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 26 | Comcast stock shares, account # xxxx-00873 ; val | 853.20 | 0.00 | | 0.00 | FA |
| 27 | AT&T stock shares account #Cxxxxx-7865 ; value s | 22,526.96 | 22,526.96 | | 23,761.42 | FA |
| 28 | AT&T stock shares, account #C000863-7857; value | 15,027.70 | 15,027.70 | | 15,851.21 | FA |
| 29 | Charles Schwab account #xxxxxx-1398 ; value show | 4,406.19 | 3,304.00 | | 4,000.00 | FA |
| 30 | Scottrade account #8998 ; value shown as of | 3,109.56 | 0.00 | | 0.00 | FA |
| 31 | accounts receivable for KCAS - comprehensive lis | Unknown | 0.00 | | 0.00 | FA |
| 32 | vehicle #3 - Debtor's 2003 Chrysler PT Cruiser w | 2,400.00 | 0.00 | | 0.00 | FA |
| 33 | vehicle #1 - Joint Debtor's 2011 Toyota Camry wi | 13,775.00 | 0.00 | | 0.00 | FA |
| 34 | vehicle #2 -Joint Debtor's 2002 Dodge Dakota Tru | 3,250.00 | 0.00 | | 0.00 | FA |
| 35 | office equipment for KCAS enterprises - EEG mach | 25,000.00 | 0.00 | | 0.00 | FA |
| 36 | various machinery, fixtures, books and tools use | 15,000.00 | 0.00 | | 0.00 | FA |
| 37 | Debtor's 25% interest in Crystal Lake Investment | 49.00 | 0.00 | | 0.00 | FA |
| 38 | Preferential Payment to Bank of America | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 39 | Preferential Payment to Ed Klemm  (u)<br>    See Order to Compromise entered July 9, 2012. | 6,000.00 | 6,000.00 | | 5,000.00 | FA |
| 40 | Loan due from KCAS Enterprises, Inc. (u)<br>    See Order to Abandon Property entered April 1, 2013. | 224,577.30 | 50,000.00 | OA | 11,081.42 | FA |
| 40 | **Assets   Totals** (Excluding unknown values) | **$817,950.41** | **$106,858.66** | | **$64,694.05** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**    June 30, 2013      **Current Projected Date Of Final Report (TFR):**    April 20, 2013  (Actual)

Printed: 04/20/2013 03:46 PM    V.13.13

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 11-84780 | | Trustee: | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| Case Name: | LUDWIKOWSKI, JOSEPH | | Bank Name: | The Bank of New York Mellon |
| | LUDWIKOWSKI, KATHLEEN L | | Account: | 9200-******72-66 - Checking Account |
| Taxpayer ID #: | **-***5648 | | Blanket Bond: | $296,000.00 (per case limit) |
| Period Ending: | 04/20/13 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/30/12 | {40} | Child Assessment/Family Care | Partial Payment toward loan due Debtors | 1249-000 | 10,381.42 | | 10,381.42 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,356.42 |
| 03/01/12 | {40} | Transitional Living Services, Inc. | Payment toward loan due Debtors | 1249-000 | 700.00 | | 11,056.42 |
| 03/01/12 | | Computershare Trust Company, N.A. | Proceeds from sale of AT&T stock | | 38,907.65 | | 49,964.07 |
| | {27} | | Liquidation of 772 shares   23,421.74<br>of AT&T stock | 1129-000 | | | 49,964.07 |
| | {28} | | Liquidation of 515 shares   15,624.61<br>of AT&T stock | 1129-000 | | | 49,964.07 |
| | | | Trading Fee   -138.70 | 3991-000 | | | 49,964.07 |
| 03/01/12 | {27} | Computershare Inc. | Dividend payment re: AT&T stock shares | 1129-000 | 339.68 | | 50,303.75 |
| 03/01/12 | {28} | Computershare Inc. | Dividend payment re: AT&T stock shares | 1129-000 | 226.60 | | 50,530.35 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 98.05 | 50,432.30 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 99.89 | 50,332.41 |
| 05/16/12 | {29} | Charles Schwab | Charles Schwab Account Funds | 1129-000 | 4,000.00 | | 54,332.41 |
| 05/16/12 | {38} | Bank of America NA | Recovery of Preferential Payment - Bank of America | 1141-000 | 5,000.00 | | 59,332.41 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 122.07 | 59,210.34 |
| 06/04/12 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2012 FOR CASE #11-84780 | 2300-000 | | 52.36 | 59,157.98 |
| 06/12/12 | {39} | Old Second National Bank | Recovery of Preferential Payment - Edward Klemm | 1241-000 | 5,000.00 | | 64,157.98 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 122.68 | 64,035.30 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 139.96 | 63,895.34 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 135.29 | 63,760.05 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 121.94 | 63,638.11 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 143.44 | 63,494.67 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 130.11 | 63,364.56 |
| 12/18/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033041088 20121218 | 9999-000 | | 63,364.56 | 0.00 |
| | | | ACCOUNT TOTALS | | 64,555.35 | 64,555.35 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 63,364.56 | |
| | | | Subtotal | | 64,555.35 | 1,190.79 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $64,555.35 | $1,190.79 | |

{} Asset reference(s)

Printed: 04/20/2013 03:46 PM   V.13.13

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-84780  
**Case Name:** LUDWIKOWSKI, JOSEPH  
LUDWIKOWSKI, KATHLEEN L  
**Taxpayer ID #:** \*\*-\*\*\*5648  
**Period Ending:** 04/20/13

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*848666 - Checking Account  
**Blanket Bond:** $296,000.00   (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/19/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 63,364.56 | | 63,364.56 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.83 | 63,279.73 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.10 | 63,179.63 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.81 | 63,094.82 |
| 03/14/13 | 10102 | Illinois Department of Revenue | State taxes - year ending 12/31/12 (Kathleen Ludwikowski) | 2820-000 | | 680.00 | 62,414.82 |
| 03/14/13 | 10103 | Illinois Department of Revenue | State taxes - year ending 12/31/12 (Joseph Ludwikowski) | 2820-000 | | 1,255.00 | 61,159.82 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.72 | 61,072.10 |
| | | | **ACCOUNT TOTALS** | | 63,364.56 | 2,292.46 | **$61,072.10** |
| | | | Less: Bank Transfers | | 63,364.56 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 2,292.46 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$2,292.46** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # 9200-\*\*\*\*\*\*72-66** | 64,555.35 | 1,190.79 | 0.00 |
| **Checking # \*\*\*\*848666** | 0.00 | 2,292.46 | 61,072.10 |
| | **$64,555.35** | **$3,483.25** | **$61,072.10** |

# Claims Proposed Distribution

### Case:  11-84780   LUDWIKOWSKI, JOSEPH

**Case Balance:** $61,072.10    **Total Proposed Payment:** $61,072.10    **Remaining Balance:** $0.00

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| 9S | Old Second National Bank | Secured | 150,000.00 * | 0.00 | 0.00 | 0.00 | 0.00 | 61,072.10 |
| 10 | First National Bank of Omaha | Secured | 44,750.00 * | 0.00 | 0.00 | 0.00 | 0.00 | 61,072.10 |
|  | Barrick, Switzer, Long, Balsley & Van Evera <br> <3120-00   Attorney for Trustee Expenses (Trustee Firm)> | Admin Ch. 7 | 209.95 | 209.95 | 0.00 | 209.95 | 209.95 | 60,862.15 |
|  | Barrick, Switzer, Long, Balsley & Van Evera <br> <3110-00   Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 8,204.50 | 8,204.50 | 0.00 | 8,204.50 | 8,204.50 | 52,657.65 |
|  | McGladrey, LLP <br> <3310-00   Accountant for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 1,982.00 | 1,982.00 | 0.00 | 1,982.00 | 1,982.00 | 50,675.65 |
|  | STEPHEN G. BALSLEY <br> <2100-00   Trustee Compensation> | Admin Ch. 7 | 6,484.70 | 6,484.70 | 0.00 | 6,484.70 | 6,484.70 | 44,190.95 |
|  | U.S. Bankruptcy Court <br> <2700-00   Clerk of the Court Costs (includes adversary and other filing fees)> | Admin Ch. 7 | 0.00 | 293.00 | 0.00 | 293.00 | 293.00 | 43,897.95 |
| 1 | Discover Bank | Unsecured | 2,515.95 | 2,515.95 | 0.00 | 2,515.95 | 870.36 | 43,027.59 |
| 2 | Chase Bank USA, N.A. | Unsecured | 3,962.18 | 3,962.18 | 0.00 | 3,962.18 | 1,370.66 | 41,656.93 |
| 3 | Chase Bank USA, N.A. | Unsecured | 9,151.90 | 9,151.90 | 0.00 | 9,151.90 | 3,165.95 | 38,490.98 |
| 4 | FIA CARD SERVICES, N.A. | Unsecured | 2,180.05 | 2,180.05 | 0.00 | 2,180.05 | 754.15 | 37,736.83 |
| 5 | FIA CARD SERVICES, N.A. | Unsecured | 2,556.41 | 2,556.41 | 0.00 | 2,556.41 | 884.35 | 36,852.48 |
| 6 | FIA CARD SERVICES, N.A. | Unsecured | 6,004.71 | 6,004.71 | 0.00 | 6,004.71 | 2,077.23 | 34,775.25 |
| 7 | U.S. Bank National Association | Unsecured | 53,651.71 | 53,651.71 | 0.00 | 53,651.71 | 18,559.94 | 16,215.31 |
| 8 | Citibank, N.A. | Unsecured | 4,819.80 | 4,819.80 | 0.00 | 4,819.80 | 1,667.33 | 14,547.98 |
| 9U | Old Second National Bank | Unsecured | 42,054.24 | 42,054.24 | 0.00 | 42,054.24 | 14,547.98 | 0.00 |
|  | **Total for Case 11-84780 :** |  | **$338,528.10** | **$144,071.10** | **$0.00** | **$144,071.10** | **$61,072.10** |  |

### CASE SUMMARY

|  | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| **Total Administrative Claims :** | $16,881.15 | $17,174.15 | $0.00 | $17,174.15 | 100.000000% |
| **Total Secured Claims :** | $194,750.00 | $0.00 | $0.00 | $0.00 | 0.000000% |
| **Total Unsecured Claims :** | $126,896.95 | $126,896.95 | $0.00 | $43,897.95 | 34.593385% |

(*) Denotes objection to Amount Filed

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 11-84780
Case Name: LUDWIKOWSKI, JOSEPH
Trustee Name: STEPHEN G. BALSLEY

**Balance on hand:** $ 61,072.10

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 9S | Old Second National Bank | 150,000.00 | 0.00 | 0.00 | 0.00 |
| 10 | First National Bank of Omaha | 44,750.00 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:   $   0.00
Remaining balance:   $   61,072.10

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - STEPHEN G. BALSLEY | 6,484.70 | 0.00 | 6,484.70 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 8,204.50 | 0.00 | 8,204.50 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 209.95 | 0.00 | 209.95 |
| Accountant for Trustee, Fees - McGladrey, LLP | 1,982.00 | 0.00 | 1,982.00 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |

Total to be paid for chapter 7 administration expenses:   $   17,174.15
Remaining balance:   $   43,897.95

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $   0.00
Remaining balance:   $   43,897.95

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | | |
|---|---|---|---|
| | Total to be paid for priority claims: | $ | 0.00 |
| | Remaining balance: | $ | 43,897.95 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 126,896.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 2,515.95 | 0.00 | 870.36 |
| 2 | Chase Bank USA, N.A. | 3,962.18 | 0.00 | 1,370.66 |
| 3 | Chase Bank USA, N.A. | 9,151.90 | 0.00 | 3,165.95 |
| 4 | FIA CARD SERVICES, N.A. | 2,180.05 | 0.00 | 754.15 |
| 5 | FIA CARD SERVICES, N.A. | 2,556.41 | 0.00 | 884.35 |
| 6 | FIA CARD SERVICES, N.A. | 6,004.71 | 0.00 | 2,077.23 |
| 7 | U.S. Bank National Association | 53,651.71 | 0.00 | 18,559.94 |
| 8 | Citibank, N.A. | 4,819.80 | 0.00 | 1,667.33 |
| 9U | Old Second National Bank | 42,054.24 | 0.00 | 14,547.98 |

| | | | |
|---|---|---|---|
| | Total to be paid for timely general unsecured claims: | $ | 43,897.95 |
| | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**