UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

In re: LUDWIKOWSKI, JOSEPH § Case No. 11-84780
      LUDWIKOWSKI, KATHLEEN L §
                              §
Debtor(s)                     §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that
__STEPHEN G. BALSLEY__, trustee of the above styled estate, has filed a
Final Report and the trustee and the trustee's professionals have filed final fee applications,
which are summarized in the attached Summary of Trustee's Final Report and Applications
for Compensation.

   The complete Final Report and all applications for compensation are available for
inspection at the Office of the Clerk, at the following address:

   U.S. Courthouse
   327 South Church Street
   Room 1100
   Rockford, IL  61101

   Any person wishing to object to any fee application that has not already been approved or
to the Final Report, must file a written objection within 21 days from the mailing of this notice,
serve a copy of the objections upon the trustee, any party whose application is being challenged
and the United States Trustee.  A hearing on the fee applications and any objection to the Final
Report will be held at 09:30AM on 05/29/2013 in Courtroom 3100, United States Courthouse,
U.S. Courthouse
327 South Church Street
Courtroom 3100
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay
dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date: __/ /_____   By: ___/s/ STEPHEN G. BALSLEY_____
                              Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: LUDWIKOWSKI, JOSEPH § Case No. 11-84780
      LUDWIKOWSKI, KATHLEEN L §
       §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 64,694.05 |
| *and approved disbursements of* | $ 3,621.95 |
| *leaving a balance on hand of* [1] | $ 61,072.10 |
| **Balance on hand:** | $ 61,072.10 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 9S | Old Second National Bank | 150,000.00 | 0.00 | 0.00 | 0.00 |
| 10 | First National Bank of Omaha | 44,750.00 | 0.00 | 0.00 | 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 61,072.10 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - STEPHEN G. BALSLEY | 6,484.70 | 0.00 | 6,484.70 |
| Attorney for Trustee, Fees - Barrick, Switzer, Long, Balsley & Van Evera | 8,204.50 | 0.00 | 8,204.50 |
| Attorney for Trustee, Expenses - Barrick, Switzer, Long, Balsley & Van Evera | 209.95 | 0.00 | 209.95 |
| Accountant for Trustee, Fees - McGladrey, LLP | 1,982.00 | 0.00 | 1,982.00 |
| Charges, U.S. Bankruptcy Court | 293.00 | 0.00 | 293.00 |

    [1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| | | |
|---|---:|---:|
| Total to be paid for chapter 7 administration expenses: | $ | 17,174.15 |
| Remaining balance: | $ | 43,897.95 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---:|---:|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 43,897.95 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---:|---:|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 43,897.95 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 126,896.95 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 34.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Discover Bank | 2,515.95 | 0.00 | 870.36 |
| 2 | Chase Bank USA, N.A. | 3,962.18 | 0.00 | 1,370.66 |
| 3 | Chase Bank USA, N.A. | 9,151.90 | 0.00 | 3,165.95 |
| 4 | FIA CARD SERVICES, N.A. | 2,180.05 | 0.00 | 754.15 |
| 5 | FIA CARD SERVICES, N.A. | 2,556.41 | 0.00 | 884.35 |
| 6 | FIA CARD SERVICES, N.A. | 6,004.71 | 0.00 | 2,077.23 |
| 7 | U.S. Bank National Association | 53,651.71 | 0.00 | 18,559.94 |
| 8 | Citibank, N.A. | 4,819.80 | 0.00 | 1,667.33 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9U | Old Second National Bank | 42,054.24 | 0.00 | 14,547.98 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 43,897.95 |
| Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |  |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/STEPHEN G. BALSLEY
Trustee, Bar No.: 1048412

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108
(815) 962-6611
sbalsley@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 11-84780-TML
Joseph Ludwikowski                                                      Chapter 7
Kathleen L Ludwikowski
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-3          User: mreilly            Page 1 of 3              Date Rcvd: May 09, 2013
                              Form ID: pdf006          Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 11, 2013.
```
db         +Joseph Ludwikowski,    8513 S. Hill Road,    Marengo, IL 60152-8244
jdb       #+Kathleen L Ludwikowski,    8513 S. Hill Road,    Marengo, IL 60152-8244
18006685   +All Scripts,    8700 W. Bryn Mawr Ave. #700N,    Chicago, IL 60631-3509
18006686   +Amr Eagle Bk,    556 Randall Road,    South Elgin, IL 60177-3315
18006687  #+Amy Ludwikowski,    1 St. Croix Lofts Drive, #202,    Saint Croix Falls, WI 54024-9255
18006690   +Castle Bank,    677 East Grant Highway,    Marengo, IL 60152-3431
18006691   +Cbna,   Po Box 6497,    Sioux Falls, SD 57117-6497
18006692   +Chase,    P.O. Box 15298,    Wilmington, DE 19850-5298
18344380    Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
18006694   +Dawn D. McCarthy,    N5427 County Road Y,    Montello, WI 53949-8307
18006697   +Erin Ludwikowski a/k/a Erin Choin,    333 Escuela Avenue,    Mountain View, CA 94040-1879
18392491    FIA CARD SERVICES, N.A.,    PO Box 15102,    Wilmington, DE 19886-5102
18006698  #+FL Consultants,    1516 Colonial Dr.,    Suite 306,    Orlando, FL 32803-4732
18630462   +First National Bank of Omaha,    c/o Franks, Gerkin & McKenna, P.C.,    19333 East Grant Highway,
             Marengo, IL 60152-8250
18006699    Integra Business Systems,    3030 Forest View Road,    P.O. Box 5743,   Rockford, IL 61125-0743
18006701   +Kramer & Associates,    401 Hackensack Ave.,    Ninth Floor,   Hackensack, NJ 07601-6411
18006702   +Marquette County Recorder’s Office,    77 West Park St.,    P.O. Box 186,   Montello, WI 53949-0186
18006703   +McHenry County Recorders Office,    Government Center,    2200 N. Seminary Ave.,
             Woodstock, IL 60098-2637
18006704   +Old Second Mtg/Dovenmu,    1 Corporate Dr Ste 360,    Lake Zurich, IL 60047-8945
18586265   +Old Second National Bank,    37 S. River St.,   Aurora, IL 60506-4172
18006705   +Old Second National Bank,    Maple Park Branch,    P.O. Box 218,   Maple Park, IL 60151-0218
18006706   +Portage Radiology,    P.O. Box 1790,    Brookfield, WI 53008-1790
18006707   +Ryan Ludwikowski,    7408 Northwood Dr.,    Wonder Lake, IL 60097-9214
18006708   +Sears/Cbna,    Po Box 6189,    Sioux Falls, SD 57117-6189
18006709   +Toyota Motor Credit,    1111 W 22nd St Ste 420,    Oak Brook, IL 60523-1959
18006710    U.S. Bank Manifest,    1450 Child Parkway,    Marshall, MN 56258
18408646   +U.S. Bank National Association,    1310 Madrid St.,    Marshall, MN 56258-4004
18006711   +Unvl/Citi,    Po Box 6241,    Sioux Falls, SD 57117-6241
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18533960       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 09 2013 22:32:55     Citibank, N.A.,
               c/o American InfoSource LP,    PO Box 248840,    Oklahoma City, OK 73124-8840
18275537       E-mail/PDF: mrdiscen@discoverfinancial.com May 09 2013 22:41:32     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
18006695      +E-mail/PDF: mrdiscen@discoverfinancial.com May 09 2013 22:41:32     Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
18006696      +E-mail/Text: mhendric@dshealthcare.com May 09 2013 22:27:11     Divine Savior Healthcare,
               2817 New Pinery Roadq,    Portage, WI 53901-9296
                                                                                             TOTAL: 4
```
```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18006689*     +Bank Of America,    P.O. Box 17054,    Wilmington, DE 19850-7054
18006693*     +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
18006688     ##+Bank Of America,    Po Box 17054,    Wilmington, DE 19850-7054
18006700     ##+K.C.A.S.Enterprises, Inc.,    706 N. Taylor St.,    Marengo, IL 60152-2457
                                                                                  TOTALS: 0, * 2, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-3          User: mreilly              Page 2 of 3            Date Rcvd: May 09, 2013
                              Form ID: pdf006            Total Noticed: 32
```

          ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 11, 2013**                     **Signature:**       *Joseph Speetjens*

```
District/off: 0752-3           User: mreilly              Page 3 of 3                  Date Rcvd: May 09, 2013
                               Form ID: pdf006            Total Noticed: 32
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 7, 2013 at the address(es) listed below:

```
          Carole J. Ryczek    on behalf of Trustee Stephen G Balsley carole.ryczek@usdoj.gov
          Carole J. Ryczek    on behalf of Accountant Patrick  Shaw carole.ryczek@usdoj.gov
          Diane E Elliott    on behalf of Debtor Joseph  Ludwikowski diane05elliott@yahoo.com
          Diane E Elliott    on behalf of Joint Debtor Kathleen L Ludwikowski diane05elliott@yahoo.com
          Patrick S Layng    USTPRegion11.MD.ECF@usdoj.gov
          Richard M Furgason    on behalf of Creditor   Old Second National Bank rfurgason@dreyerfoote.com,
           rfurgason@dreyerfoote.com;rkfurgason@sbcglobal.net
          Stephen G Balsley    on behalf of Plaintiff Stephen G Balsley sbalsley@bslbv.com,  IL47@ecfcbis.com
          Stephen G Balsley    on behalf of Trustee Stephen G Balsley sbalsley@bslbv.com,  IL47@ecfcbis.com
          Stephen G Balsley    sbalsley@bslbv.com,  IL47@ecfcbis.com
                                                                                             TOTAL: 9
```