# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

| | | |
|---|---|---|
| In re: LUDWIKOWSKI, JOSEPH | § | Case No. 11-84780 |
| LUDWIKOWSKI, KATHLEEN L | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

　　STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $764,989.56　　　　　　　　Assets Exempt: $44,550.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $43,897.95　　　Claims Discharged
　　　　　　　　　　　　　　　　　　　　　　　Without Payment: $114,801.33

Total Expenses of Administration: $20,796.10

---

　　3) Total gross receipts of $ 64,694.05 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $64,694.05 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $447,737.00 | $194,750.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 20,503.10 | 20,796.10 | 20,796.10 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 182,643.38 | 126,896.95 | 126,896.95 | 43,897.95 |
| **TOTAL DISBURSEMENTS** | $630,380.38 | $342,150.05 | $147,693.05 | $64,694.05 |

4) This case was originally filed under Chapter 7 on November 01, 2011. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/14/2013          By: /s/STEPHEN G. BALSLEY
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| AT&T stock shares account #Cxxxxx-7865 ; value s | 1129-000 | 23,761.42 |
| AT&T stock shares, account #C000863-7857; value | 1129-000 | 15,851.21 |
| Charles Schwab account #xxxxxx-1398 ; value show | 1129-000 | 4,000.00 |
| Preferential Payment to Bank of America | 1141-000 | 5,000.00 |
| Preferential Payment to Ed Klemm | 1241-000 | 5,000.00 |
| Loan due from KCAS Enterprises, Inc. | 1249-000 | 11,081.42 |
| **TOTAL GROSS RECEIPTS** | | **$64,694.05** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9S | Old Second National Bank | 4110-000 | 198,000.00 | 150,000.00 | 0.00 | 0.00 |
| 10 | First National Bank of Omaha | 4110-000 | 44,000.00 | 44,750.00 | 0.00 | 0.00 |
| NOTFILED | McHenry County Recorders Office Government Center | 4110-000 | 8,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Marquette County Recorder's Office | 4110-000 | 2,333.00 | N/A | N/A | 0.00 |
| NOTFILED | McHenry County Recorders Office Government Center | 4110-000 | 2,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Old Second Mtg/Dovenmu | 4110-000 | 71,138.00 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Motor Credit | 4110-000 | 13,988.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| NOTFILED | Old Second National Bank Maple Park Branch | 4110-000 | 93,045.00 | N/A | N/A | 0.00 |
| NOTFILED | Amr Eagle Bk | 4110-000 | 8,733.00 | N/A | N/A | 0.00 |
| NOTFILED | McHenry County Recorders Office Government Center | 4110-000 | 6,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | $447,737.00 | $194,750.00 | $0.00 | $0.00 |

# EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| STEPHEN G. BALSLEY | 2100-000 | N/A | 6,484.70 | 6,484.70 | 6,484.70 |
| U.S. Bankruptcy Court | 2700-000 | N/A | 0.00 | 293.00 | 293.00 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3110-000 | N/A | 8,204.50 | 8,204.50 | 8,204.50 |
| Barrick, Switzer, Long, Balsley & Van Evera | 3120-000 | N/A | 209.95 | 209.95 | 209.95 |
| McGladrey, LLP | 3310-000 | N/A | 1,982.00 | 1,982.00 | 1,982.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| Computershare Trust Company, N.A. | 3991-000 | N/A | 138.70 | 138.70 | 138.70 |
| The Bank of New York Mellon | 2600-000 | N/A | 98.05 | 98.05 | 98.05 |
| The Bank of New York Mellon | 2600-000 | N/A | 99.89 | 99.89 | 99.89 |
| The Bank of New York Mellon | 2600-000 | N/A | 122.07 | 122.07 | 122.07 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 52.36 | 52.36 | 52.36 |
| The Bank of New York Mellon | 2600-000 | N/A | 122.68 | 122.68 | 122.68 |
| The Bank of New York Mellon | 2600-000 | N/A | 139.96 | 139.96 | 139.96 |
| The Bank of New York Mellon | 2600-000 | N/A | 135.29 | 135.29 | 135.29 |
| The Bank of New York Mellon | 2600-000 | N/A | 121.94 | 121.94 | 121.94 |
| The Bank of New York Mellon | 2600-000 | N/A | 143.44 | 143.44 | 143.44 |
| The Bank of New York Mellon | 2600-000 | N/A | 130.11 | 130.11 | 130.11 |
| Rabobank, N.A. | 2600-000 | N/A | 84.83 | 84.83 | 84.83 |
| Rabobank, N.A. | 2600-000 | N/A | 100.10 | 100.10 | 100.10 |
| Rabobank, N.A. | 2600-000 | N/A | 84.81 | 84.81 | 84.81 |
| Illinois Department of Revenue | 2820-000 | N/A | 680.00 | 680.00 | 680.00 |
| Illinois Department of Revenue | 2820-000 | N/A | 1,255.00 | 1,255.00 | 1,255.00 |
| Rabobank, N.A. | 2600-000 | N/A | 87.72 | 87.72 | 87.72 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $20,503.10 | $20,796.10 | $20,796.10 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | N/A | | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 2,515.00 | 2,515.95 | 2,515.95 | 870.36 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 3,718.00 | 3,962.18 | 3,962.18 | 1,370.66 |
| 3 | Chase Bank USA, N.A. | 7100-000 | 9,152.00 | 9,151.90 | 9,151.90 | 3,165.95 |
| 4 | FIA CARD SERVICES, N.A. | 7100-000 | 2,180.00 | 2,180.05 | 2,180.05 | 754.15 |
| 5 | FIA CARD SERVICES, N.A. | 7100-000 | 2,502.00 | 2,556.41 | 2,556.41 | 884.35 |
| 6 | FIA CARD SERVICES, N.A. | 7100-000 | 6,004.00 | 6,004.71 | 6,004.71 | 2,077.23 |
| 7 | U.S. Bank National Association | 7100-000 | 120,087.05 | 53,651.71 | 53,651.71 | 18,559.94 |
| 8 | Citibank, N.A. | 7100-000 | 4,683.00 | 4,819.80 | 4,819.80 | 1,667.33 |
| 9U | Old Second National Bank | 7100-000 | N/A | 42,054.24 | 42,054.24 | 14,547.98 |
| NOTFILED | Chase | 7100-000 | 5,139.00 | N/A | N/A | 0.00 |
| NOTFILED | Cbna | 7100-000 | 12,554.00 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 10,027.04 | N/A | N/A | 0.00 |
| NOTFILED | FL Consultants | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Divine Savior Healthcare | 7100-000 | 500.00 | N/A | N/A | 0.00 |
| NOTFILED | Unvl/Citi | 7100-000 | 3,061.31 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | All Scripts | 7100-000 | unknown | N/A | N/A | 0.00 |
|---|---|---|---|---|---|---|
| NOTFILED | Portage Radiology | 7100-000 | 20.98 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $182,643.38 | $126,896.95 | $126,896.95 | $43,897.95 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84780  
**Case Name:** LUDWIKOWSKI, JOSEPH  
LUDWIKOWSKI, KATHLEEN L  
**Period Ending:** 08/14/13

**Trustee:** (330410) STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 11/01/11 (f)  
**§341(a) Meeting Date:** 12/08/11  
**Claims Bar Date:** 03/15/12

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Husband's residence located at 8513 S. Hill Road | 140,000.00 | 0.00 | | 0.00 | FA |
| 2 | Wife's residence located at N5427 County Road Y, | 90,000.00 | 0.00 | | 0.00 | FA |
| 3 | Commercial building located at 706 North Taylor, | 150,000.00 | 0.00 | | 0.00 | FA |
| 4 | commercial building location at 105 S. Taylor St   See Order to Abandon Property entered April 1, 2013. | 82,454.00 | 5,000.00 | OA | 0.00 | FA |
| 5 | Debtor's cash on hand | 40.00 | 0.00 | | 0.00 | FA |
| 6 | Joint debtor's cash on hand | 50.00 | 0.00 | | 0.00 | FA |
| 7 | Debtor's checking account at Castle Bank #xxxx35 | 20.00 | 0.00 | | 0.00 | FA |
| 8 | Joint Debtor's checking account at Castle Bank - | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | Joint Debtor's savings account at Castle Bank #x | 230.00 | 0.00 | | 0.00 | FA |
| 10 | Joint Debtor's checking account at National Exch | 150.00 | 0.00 | | 0.00 | FA |
| 11 | Debtor's savings account at Castle Bank -883 (wi | 20.00 | 0.00 | | 0.00 | FA |
| 12 | Debtor's individual checking account at Castle B | 5.00 | 0.00 | | 0.00 | FA |
| 13 | Joint Debtor's savings account held at National | 45.00 | 0.00 | | 0.00 | FA |
| 14 | K.C.A.S. bank account at Castle Bank xx958   Corporate asset; not asset of estate. | 10,000.00 | 0.00 | | 0.00 | FA |
| 15 | Debtor's normal complement of household goods an | 1,000.00 | 0.00 | | 0.00 | FA |
| 16 | Joint Debtor's normal complement of household go | 1,100.00 | 0.00 | | 0.00 | FA |
| 17 | Joint Debtor's misc wearing apparel | 250.00 | 0.00 | | 0.00 | FA |
| 18 | Debtor's wearing apparel | 250.00 | 0.00 | | 0.00 | FA |
| 19 | Joint Debtor's interest in Washington National I | Unknown | 0.00 | | 0.00 | FA |
| 20 | Debtor's interest in AXA | 5.00 | 0.00 | | 0.00 | FA |
| 21 | Joint Debtor's interest in IRA | Unknown | 0.00 | | 0.00 | FA |
| 22 | Debtor's interest in IRA | Unknown | 0.00 | | 0.00 | FA |
| 23 | Debtor's interest in rollover IRA account | Unknown | 0.00 | | 0.00 | FA |
| 24 | Comcast stock shares, account # xxxx-00875 ; val | 355.50 | 0.00 | | 0.00 | FA |
| 25 | 100% of KCAS | 1.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 11-84780  
**Case Name:** LUDWIKOWSKI, JOSEPH  
               LUDWIKOWSKI, KATHLEEN L  
**Period Ending:** 08/14/13

**Trustee:** (330410)  STEPHEN G. BALSLEY  
**Filed (f) or Converted (c):** 11/01/11 (f)  
**§341(a) Meeting Date:** 12/08/11  
**Claims Bar Date:** 03/15/12

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 26 | Comcast stock shares, account # xxxx-00873 ; val | 853.20 | 0.00 | | 0.00 | FA |
| 27 | AT&T stock shares account #Cxxxxx-7865 ; value s | 22,526.96 | 22,526.96 | | 23,761.42 | FA |
| 28 | AT&T stock shares, account #C000863-7857; value | 15,027.70 | 15,027.70 | | 15,851.21 | FA |
| 29 | Charles Schwab account #xxxxxx-1398 ; value show | 4,406.19 | 3,304.00 | | 4,000.00 | FA |
| 30 | Scottrade account #8998 ; value shown as of | 3,109.56 | 0.00 | | 0.00 | FA |
| 31 | accounts receivable for KCAS - comprehensive lis | Unknown | 0.00 | | 0.00 | FA |
| 32 | vehicle #3 - Debtor's 2003 Chrysler PT Cruiser w | 2,400.00 | 0.00 | | 0.00 | FA |
| 33 | vehicle #1 - Joint Debtor's 2011 Toyota Camry wi | 13,775.00 | 0.00 | | 0.00 | FA |
| 34 | vehicle #2 -Joint Debtor's 2002 Dodge Dakota Tru | 3,250.00 | 0.00 | | 0.00 | FA |
| 35 | office equipment for KCAS enterprises - EEG mach | 25,000.00 | 0.00 | | 0.00 | FA |
| 36 | various machinery, fixtures, books and tools use | 15,000.00 | 0.00 | | 0.00 | FA |
| 37 | Debtor's 25% interest in Crystal Lake Investment | 49.00 | 0.00 | | 0.00 | FA |
| 38 | Preferential Payment to Bank of America | 5,000.00 | 5,000.00 | | 5,000.00 | FA |
| 39 | Preferential Payment to Ed Klemm  (u)<br>   See Order to Compromise entered July 9, 2012. | 6,000.00 | 6,000.00 | | 5,000.00 | FA |
| 40 | Loan due from KCAS Enterprises, Inc.  (u)<br>   See Order to Abandon Property entered April 1, 2013. | 224,577.30 | 50,000.00 | OA | 11,081.42 | FA |
| 40 | **Assets**   Totals (Excluding unknown values) | **$817,950.41** | **$106,858.66** | | **$64,694.05** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     June 30, 2013      **Current Projected Date Of Final Report (TFR):**     April 20, 2013  (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** 11-84780 | **Trustee:** STEPHEN G. BALSLEY (330410) |
| **Case Name:** LUDWIKOWSKI, JOSEPH | **Bank Name:** The Bank of New York Mellon |
| LUDWIKOWSKI, KATHLEEN L | **Account:** 9200-******72-66 - Checking Account |
| **Taxpayer ID #:** **-***5648 | **Blanket Bond:** $736,000.00 (per case limit) |
| **Period Ending:** 08/14/13 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/30/12 | {40} | Child Assessment/Family Care | Partial Payment toward loan due Debtors | 1249-000 | 10,381.42 | | 10,381.42 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 10,356.42 |
| 03/01/12 | {40} | Transitional Living Services, Inc. | Payment toward loan due Debtors | 1249-000 | 700.00 | | 11,056.42 |
| 03/01/12 | | Computershare Trust Company, N.A. | Proceeds from sale of AT&T stock | | 38,907.65 | | 49,964.07 |
| | {27} | | Liquidation of 772 shares of AT&T stock    23,421.74 | 1129-000 | | | 49,964.07 |
| | {28} | | Liquidation of 515 shares of AT&T stock    15,624.61 | 1129-000 | | | 49,964.07 |
| | | | Trading Fee    -138.70 | 3991-000 | | | 49,964.07 |
| 03/01/12 | {27} | Computershare Inc. | Dividend payment re: AT&T stock shares | 1129-000 | 339.68 | | 50,303.75 |
| 03/01/12 | {28} | Computershare Inc. | Dividend payment re: AT&T stock shares | 1129-000 | 226.60 | | 50,530.35 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 98.05 | 50,432.30 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 99.89 | 50,332.41 |
| 05/16/12 | {29} | Charles Schwab | Charles Schwab Account Funds | 1129-000 | 4,000.00 | | 54,332.41 |
| 05/16/12 | {38} | Bank of America NA | Recovery of Preferential Payment - Bank of America | 1141-000 | 5,000.00 | | 59,332.41 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 122.07 | 59,210.34 |
| 06/04/12 | 101 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/04/2012 FOR CASE #11-84780 | 2300-000 | | 52.36 | 59,157.98 |
| 06/12/12 | {39} | Old Second National Bank | Recovery of Preferential Payment - Edward Klemm | 1241-000 | 5,000.00 | | 64,157.98 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 122.68 | 64,035.30 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 139.96 | 63,895.34 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 135.29 | 63,760.05 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 121.94 | 63,638.11 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 143.44 | 63,494.67 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 130.11 | 63,364.56 |
| 12/18/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033041088 20121218 | 9999-000 | | 63,364.56 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 64,555.35 | 64,555.35 | $0.00 |
| Less: Bank Transfers | 0.00 | 63,364.56 | |
| **Subtotal** | 64,555.35 | 1,190.79 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$64,555.35** | **$1,190.79** | |

{} Asset reference(s)

Printed: 08/14/2013 01:19 PM    V.13.13

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 11-84780  
**Case Name:** LUDWIKOWSKI, JOSEPH  
LUDWIKOWSKI, KATHLEEN L  
**Taxpayer ID #:** **-***5648  
**Period Ending:** 08/14/13

**Trustee:** STEPHEN G. BALSLEY (330410)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****848666 - Checking Account  
**Blanket Bond:** $736,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/19/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 63,364.56 | | 63,364.56 |
| 12/31/12 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.83 | 63,279.73 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 100.10 | 63,179.63 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 84.81 | 63,094.82 |
| 03/14/13 | 10102 | Illinois Department of Revenue | State taxes - year ending 12/31/12 (Kathleen Ludwikowski) | 2820-000 | | 680.00 | 62,414.82 |
| 03/14/13 | 10103 | Illinois Department of Revenue | State taxes - year ending 12/31/12 (Joseph Ludwikowski) | 2820-000 | | 1,255.00 | 61,159.82 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 87.72 | 61,072.10 |
| 05/29/13 | 10104 | U.S. Bankruptcy Court | Dividend paid 100.00% on $293.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 293.00 | 60,779.10 |
| 05/29/13 | 10105 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $209.95, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 209.95 | 60,569.15 |
| 05/29/13 | 10106 | Barrick, Switzer, Long, Balsley & Van Evera | Dividend paid 100.00% on $8,204.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 8,204.50 | 52,364.65 |
| 05/29/13 | 10107 | STEPHEN G. BALSLEY | Dividend paid 100.00% on $6,484.70, Trustee Compensation;  Reference: | 2100-000 | | 6,484.70 | 45,879.95 |
| 05/29/13 | 10108 | McGladrey, LLP | Dividend paid 100.00% on $1,982.00, Accountant for Trustee Fees (Trustee Firm); Reference: | 3310-000 | | 1,982.00 | 43,897.95 |
| 05/29/13 | 10109 | Discover Bank | Dividend paid 34.59% on $2,515.95; Claim# 1; Filed: $2,515.95; Reference: | 7100-000 | | 870.36 | 43,027.59 |
| 05/29/13 | 10110 | Chase Bank USA, N.A. | Dividend paid 34.59% on $3,962.18; Claim# 2; Filed: $3,962.18; Reference: | 7100-000 | | 1,370.66 | 41,656.93 |
| 05/29/13 | 10111 | Chase Bank USA, N.A. | Dividend paid 34.59% on $9,151.90; Claim# 3; Filed: $9,151.90; Reference: | 7100-000 | | 3,165.95 | 38,490.98 |
| 05/29/13 | 10112 | FIA CARD SERVICES, N.A. | Dividend paid 34.59% on $2,180.05; Claim# 4; Filed: $2,180.05; Reference: | 7100-000 | | 754.15 | 37,736.83 |
| 05/29/13 | 10113 | FIA CARD SERVICES, N.A. | Dividend paid 34.59% on $2,556.41; Claim# 5; Filed: $2,556.41; Reference: | 7100-000 | | 884.35 | 36,852.48 |
| 05/29/13 | 10114 | FIA CARD SERVICES, N.A. | Dividend paid 34.59% on $6,004.71; Claim# 6; Filed: $6,004.71; Reference: | 7100-000 | | 2,077.23 | 34,775.25 |
| 05/29/13 | 10115 | U.S. Bank National Association | Dividend paid 34.59% on $53,651.71; Claim# 7; Filed: $53,651.71; Reference: | 7100-000 | | 18,559.94 | 16,215.31 |
| 05/29/13 | 10116 | Citibank, N.A. | Dividend paid 34.59% on $4,819.80; Claim# 8; Filed: $4,819.80; Reference: | 7100-000 | | 1,667.33 | 14,547.98 |

Subtotals :   $63,364.56   $48,816.58

{} Asset reference(s)

Printed: 08/14/2013 01:19 PM    V.13.13

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 11-84780 | | **Trustee:** | STEPHEN G. BALSLEY (330410) |
|---|---|---|---|---|
| **Case Name:** | LUDWIKOWSKI, JOSEPH | | **Bank Name:** | Rabobank, N.A. |
| | LUDWIKOWSKI, KATHLEEN L | | **Account:** | ****848666 - Checking Account |
| **Taxpayer ID #:** | **-***5648 | | **Blanket Bond:** | $736,000.00   (per case limit) |
| **Period Ending:** | 08/14/13 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/29/13 | 10117 | Old Second National Bank | Dividend paid 34.59% on $42,054.24; Claim# 9U; Filed: $42,054.24; Reference: | 7100-000 | | 14,547.98 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 63,364.56 | 63,364.56 | **$0.00** |
| | | | Less: Bank Transfers | | 63,364.56 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **63,364.56** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$63,364.56** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # 9200-******72-66 | 64,555.35 | 1,190.79 | 0.00 |
| Checking # ****848666 | 0.00 | 63,364.56 | 0.00 |
| | **$64,555.35** | **$64,555.35** | **$0.00** |

{} Asset reference(s)                                                                     Printed: 08/14/2013 01:19 PM     V.13.13